IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUENTIN WATTS, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. A. NO. 24-50-MU |
| J&L INDUSTRIAL SERVICES, LLC, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the jury's verdict entered on May 14, 2025, and the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Defendant J&L Industrial Services, LLC pay to Plaintiff Quentin Watts:

(1) $39,240 in damages for lost wages and benefits caused by his reassignment, as determined by the jury;

(2) $200,000 in damages for emotional pain and mental anguish caused by his reassignment and termination, as determined by the jury;

(3) $400,000 in punitive damages, as determined by the jury;

(4) $80,397 in back pay, which includes prejudgment interest, as determined by the Court, and;

(5) $258,438 in front pay, as determined by the Court.

The Court denies Watts's requests for additional equitable relief in the form of training for J&L employees and a letter of recommendation from J&L.

**DONE** and **ORDERED** this the **8th** day of **July, 2025**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**